01
02
03
04
05

06
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07
AT SEATTLE

08 UNITED STATES OF AMERICA,                )
                                             )   CASE NO. CR22-114TL
09        Plaintiff,                         )
                                             )
10        v.                                 )
                                             )   DETENTION ORDER
11 JENNIFER SUAZO (a/k/a JENNIFER            )
ESPERANZA),                                  )
12                                           )
          Defendant.                         )
13 _____

14
Offenses charged:
15
   1. Bank Fraud
16
   2. Aggravated Identity Theft
17
Date of Detention Hearing:    August 18, 2022.
18
        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
19
based upon the factual findings and statement of reasons for detention hereafter set forth, finds
20
that no condition or combination of conditions which defendant can meet will reasonably assure
21
the appearance of defendant as required and the safety of other persons and the community.
22

DETENTION ORDER
PAGE -1

01        <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02        Defendant has been charged with bank fraud and aggravated identity theft. Defendant

03   has a lengthy criminal history, including committing crimes whilst under supervision, and a

04   pattern of failing to appear.  When approached by two law enforcement vehicles in this matter,

05   Defendant fled in her car despite sirens and lights being on in the pursuing law enforcement

06   vehicles.  During a subsequent search of her vehicle identification cards with Defendant's photo

07   and the names of other individuals were in Defendant's car.

08        Defendant poses a risk of nonappearance based upon her history of failures to appear as

09   well as her flight from law enforcement in the instant matter. Defendant also poses a risk of

10   nonappearance because of her continued possession of false identification.  She is a danger to

11   the community based upon her continued criminality despite being aware of the federal warrant,

12   and commission of crimes whilst under supervision.

13        There does not appear to be any condition or combination of conditions that will

14   reasonably assure the defendant's appearance at future Court hearings while addressing the

15   danger to other persons or the community.

16   It is therefore ORDERED:

17   1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

18        General for confinement in a correction facility, to the extent practicable, from persons

19        awaiting or serving sentences or being held in custody pending appeal;

20   2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

21   3.  On order of the United States or on request of an attorney for the Government, the person

22        in charge of the corrections facility in which defendant is confined shall deliver the

DETENTION ORDER
PAGE -2

01    defendant to a United States Marshal for the purpose of an appearance in connection with a

02    court proceeding; and

03  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

04    the defendant, to the United States Marshal, and to the United State Probation Services

05    Officer.

06       DATED this 18th day of August, 2022.

07

08

09                           _____

10                           S. KATE VAUGHAN
                              United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3